IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BEVERLY A. MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6-04-CV 395 |
| | § | |
| THE GOODYEAR TIRE AND RUBBER COMPANY and UNICCO SERVICE COMPANY, | § § § | |
| | § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL OF DEFENDANT GOODYEAR WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff stipulates to the dismissal of all claims asserted or assertable against Defendant The Goodyear Tire & Rubber Company in the above-captioned action, with prejudice as to the refiling of same, with each party bearing its own costs.

Respectfully submitted,

MURRAY PURCELL & CRUMP, PLLC

By: /s/ Kevin A. Murray
Kevin A. Murray, Esq.
State Bar No. 24007720
Galleria Financial Center
5075 Westheimer, Suite 980
Houston, Texas  77056
Telephone:  (713) 355-5500
Facsimile:  (713) 355-5514

ATTORNEY-IN CHARGE FOR PLAINTIFF

**STIPULATION OF DISMISSAL OF DEFENDANT GOODYEAR WITH PREJUDICE – Page 1**
DAL02:425276.2

|  |  |
|---|---|
|  | BAKER BOTTS L.L.P. |
| OF COUNSEL: | By: /s/ Jennifer M. Trulock |
|  | Jennifer M. Trulock |
| Richard Brann | State Bar No. 90001515 |
| State Bar No. 02888000 | BAKER BOTTS L.L.P. |
| One Shell Plaza | 2001 Ross Avenue, Suite 600 |
| 910 Louisiana | Dallas, Texas 75204 |
| Houston, Texas 77002 | Telephone: (214) 953-6500 |
| Telephone: (713) 229-1860 | Facsimile: (214) 953-6503 |
| Facsimile:   (713) 229-7860 |  |
|  | ATTORNEY-IN CHARGE FOR |
|  | DEFENDANT KELLY SPRINGFIELD |
|  | TIRE COMPANY |