IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BEVERLY A. MOORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6-04-CV 395 |
| | § | |
| THE GOODYEAR TIRE AND RUBBER COMPANY and UNICCO SERVICE COMPANY, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL OF DEFENDANT GOODYEAR

Plaintiff Beverly A. Moore and Defendant The Goodyear Tire & Rubber Company have filed a Stipulation of Dismissal. The Court is of the opinion that the Stipulation complies with the requirements of Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Accordingly, the Stipulation of Dismissal is APPROVED and Plaintiff's claims against Defendant The Goodyear Tire & Rubber Company are DISMISSED with prejudice, with each party bearing its own costs.

SO ORDERED.

Signed this ____ day of _____, 2005.

**ORDER OF DISMISSAL OF DEFENDANT GOODYEAR – Page 1**
DAL02:425277.2